
## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0198, DA 24-0223, and DA 24-0279

_____

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

Petitioner and Appellant,

and

STEVEN THOMAS WILLIAMS,

Respondent and Appellee.

_____

O R D E R

Self-represented Appellant Davina Attar-Wiliams has filed a Motion to Transfer Transcripts and Requests for Production of Transcripts (Attached) in her three appeals pending before this Court. No response to the motion has been filed. Upon review, this Court consolidates Davina's three appeals because the appeals concern the same underlying case from the Yellowstone County District Court (Cause No. DR-2019-0893).

Since 2020, Davina has had six appeals with this Court concerning this case. Davina's motion to transfer the transcripts from her prior appeals is appropriate for the transcripts dated: September 17, 2019; November 13, 2019, June 2, 2020; July 17, 2020; August 3, 2020; August 14, 2020; November 9, 2020; February 16, 2021; May 26, 2021; June 18, 2021; November 3, 2021; October 12, 2022; October 21, 2022; November 16, 2022; December 19, 2022; and January 19, 2023.

Turning to her Motion for Requests of Production of Transcripts, we are constrained by Montana law. Pursuant to § 3-5-604(1), MCA, "a court reporter shall furnish the transcript to the requester with all reasonable diligence. The court reporter shall submit an invoice with the transcript when it is furnished. The court reporter may withhold delivery of the transcripts until the transcription fee is paid or satisfactory arrangement for payment is made." (Emphasis added.)

When Davina filed her Notices of Appeals on March 28, April 8, and May 2, 2024, respectively, she stated: "That the court reporter already has been contacted about the necessary arrangements to be made to transcribe the pertinent hearing(s) before the filing of this notice of appeal." Davina, as the Appellant, has "the duty to present the supreme court with a record sufficient to enable it to rule upon the issues raised." M. R. App. P. 8(2). The record includes the transcripts, pursuant to M. R. App. P. 8(1). This Court has learned that Davina has refused to pay for the produced transcripts. The court reporter may withhold delivery until payment is produced. Section 3-5-604(1), MCA. Accordingly,

IT IS ORDERED that:

1. *In re the Marriage of Davina Attar-Williams and Steven Thomas Williams*, Cause Nos. DA 24-0223 and DA 24-0279, are CONSOLIDATED under *In re the Marriage of Davina Attar-Williams and Steven Thomas Williams*, Cause No. DA 24-0198;

2. Davina's Motion to Transfer Transcripts is GRANTED and the Clerk of the Supreme Court is DIRECTED to transfer prior transcripts, as listed above, from *In re Marriage of Williams*, Cause No. DA 23-0120, to *In re Marriage of Williams*, Cause No. DA 24-0198; and

3. Davina's Motion for Requests of Production of Transcripts is DENIED.

The Clerk is also directed to provide a copy of this Order to counsel of record; Carli J. Hayden, Court Recording Coordinator; and to Davina Attar-Williams personally.

DATED this 7th day of June, 2024.

FILED

JUN 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

For the Court,

By _____
Chief Justice

2